RECEIVED
SEP 30 2019
BY MAIL

1.

Quavo Williams
vs
United States of America

Case NO: 4:17-cr-00248-RLW3

Defendant filing under The law of equitable Tolling Holland V. florida, MCQuiggans V. Perkins The Defendant HAS Been IN and out The hole and This USP alsoistock down all The Time so He has Been denied legal access To The lAWlibRARY Because of This and He dont HAVE a lAWyer He's PRose

Motion To Vacate, Set Aside, oR Correct a Sentence By a Person iN Federal Custody

(Motion under 28 U.S.C § 2255)

2.

The Defendant Have's a 924(C) for Brandishing which in light of UnitedStates V. Davis 588 US- 18-431 (2019) Ruled That This was Unconstitutional so Therefore This gives The Defendant Direct Relief on his case

CERTIFICATE of SERVICE

3.

Therefore, Movant asks that the court grant the following Relief

Or any other Relief to which movant may be entitled.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this motion under 28 U.S.C. § 2255 was placed in the prison mailing system on month, oct date, 20, year 2019

executed (signed) on 20, oct, date

Signature of Movant
Quavo Williams

Quavo Williams 46902-044
USP Hazelton
P.O Box 2000
Bruceton Mills, WV
26525

RECEIVED
SEP 30 2019
BY MAIL

63102-112599

27 SEP 2019 PM 1 L

Office of the Clerk
111 S. Tenth Street
St. Louis Missouri 63102